No. 55778.—Cincinnati Gardens, Inc. *v.* United States, protest 157110–K (Cleveland).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 55779.—New York Merchandise Co., Inc. *v.* United States, protest 161578–K (Los Angeles).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 55780.—Railway Express Agency, Inc. *v.* United States, protest 169691–K (St. Albans).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE THIRD DIVISION, JULY 20, 1951

No. 55781.—M. E. Dey & Co., Inc. *v.* United States, protest 47276–K (Milwaukee).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55782.—E. Dillingham, Inc. *v.* United States, protest 141974–K (Ogdensburg).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JULY 25, 1951

No. 55783.—The J. P. Fleisig Co. *v.* United States, protest 150452–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 55784.—Hudson Shipping Co., Inc. *v.* United States, protest 151221–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 55785.—Koh-I-Noor Pencil Co., Inc., and F. A. O. Schwartz *v.* United States, protests 169506–K and 160583–K (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 55786.—J. D. Smith Inter-Ocean, Inc. *v.* United States, protest 169783–K (A) (New York).

Opinion by LAWRENCE, J. The protest was dismissed.